UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Scott Smith,

            Plaintiff(s),

v.                                    Case No. 2:22-cv-11465-GAD-DRG
                                         Hon. Gershwin A. Drain

Flagstar Bancorp, Inc, et al.,

           Defendant(s),

**ORDER TO SHOW CAUSE**

    IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 10/21/2022, why the above-entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

                                      s/Gershwin A. Drain
                                      Gershwin A. Drain
                                      U.S. District Judge

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                      By: s/T McGovern
                                          Case Manager

Dated: October 14, 2022